CH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JAN 24 2008
JAN 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Develle R. Spencer
(Develle Remond Spencer)

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV537
JUDGE MANNING
MAGISTRATE JUDGE DENLOW

Law office of  vs. Cook county   Case No: _____
Public Defender              (To be supplied by the Clerk of this Court)
Edwin A. Burnette
Attorney Camille Calabrese, APD

_____
_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

   ✓    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
        U.S. Code (state, county, or municipal defendants)

   ___  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code (federal defendants)

   ___  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Develle Remond Spencer

   B. List all aliases: Eric Hodges / Philip Owens

   C. Prisoner identification number: 20060097519

   D. Place of present confinement: Cook County Jail

   E. Address: P.O. Box 089002 Chicago, Il. 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Edwin A. Burnette

   Title: Public Defender

   Place of Employment: Law Office of the Cook County Public Defender

   B. Defendant: Camille Calabrese

   Title: Assistant Public Defender

   Place of Employment: Law Office of the Cook county Public Defender

   C. Defendant: _____

   Title: _____

   Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

It is through the administration of Public-Defender, Edwin A. Burnette, Law Office of the Cook County Public Defender, and by his Assistant Camille-Calabrese: Violated my Rights And failure to assist me in my defense state case #07CR797 Burglary. felling to provide full adversary benefit of assistance of counsel. When On January 26th 2007. Plaintiff, as instructed by Publice Defender office submitted a list to A.P.D. Calabrese, of witnesse, alibis... etc. to be used later in trial in my defense. A.P.D. failure to refer to provided list and "exhaust the compulsory process" provided to plaintiff in order to get witnesses in favor. This being a video tape with footage of evidence supportive to Plaintiff's defense at the time, against the states accusation. along with felling to ~~interview~~ review financial documents- again not exhausting compulsory process togain witness in my favor, Documents "if subpeona" would have displayed contradiction and/or discrepancy in colossal aiding to my defense. That of Which was suppose to be provided to me - in whole.

- not in proportion at my trial Sept 17, 2007. (8 months after submission of "requested list.") action that if had been attended to would have effected the outcome of this case.

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$150,000.00 Law Office of Cook County Public Defender, 100,000.00 Neglect, Camille Calabrese A.P.D.

**VI.**    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 12th day of Dec, 20 07

_Develle R Spencer_
(Signature of plaintiff or plaintiffs)

Develle Remond Spencer
(Print name)

20060097519
(I.D. Number)

Cook County Jail Div. 11
P.O. Box 089002
Chicago, IL 60608
(Address)

6

Revised 9/2007