UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED** CH
JAN 24 2008 aew
Jan 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Develle R Spencer  )
  )
v.  )
  )
  )    08CV537
Defendant(s)  )    JUDGE MANNING
  )    MAGISTRATE JUDGE DENLOW
Law office of Cookcounty  )
Public Defender, Edwin A. Burnette
Attorney Camille Calabrese APD **MOTION FOR APPOINTMENT OF COUNSEL**

1. I, Develle R Spencer _____, declare that I am the ☒ plaintiff ☐ defendant (check appropriate box) in the above entitled proceeding and state that I am unable to afford the services of an attorney and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: Mitchell & Bolden - Eric A. Mitchell 54 N. Ottawa. Kayode R. Idris Esq. St. Suite 245 Joliet, Ill. 60432. 4554 N. Broadway Suite 238 John Fitzgerald Lyke Jr. Law office of Chgo, I 60640

3. In further support of my motion, I declare that (check appropriate box):

☒ I am not currently, nor previously have been represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

☐ I am currently, or previously have been represented by an attorney appointed by this court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

☒ I have attached an original application to proceed In Forma Pauperis in the proceeding detailing my financial status.

☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceedings; however, my financial status has changed and I have attached an amended application to proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct

Develle Spencer
Movant's Signature

P.O. Box 089002
Street Address

Chicago, Il 60608
City/State/Zip

Date: 01-17-08

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Case Title | N/A |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | N/A |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | N/A |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | N/A |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |