# FILED

*MHW*

FEB 1 9 2008 *aew*
2-19-2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Develle Spencer
2006 007519

Michael W. Dobbins
The Clerk
(Prisoner Correspondence)
219 S. Dearborn Street
Chgo, Il. 60604

Feb. 12th 2008

P.O. Box 089002
Chgo, Il. 60608.

Dear Clerk,

It appears that I misconstrued and filed two of the same Complaints, 08 C-0263 & (08-C-0537), with the belief of one having been filed without proper informa pauperis - 08-C-0263. and filed the second, 08-C-0537. with proper document of interest. Please withdraw 08-C-0263 and or what is done in such matter as this (Thank You), from Judge Castillo/ Judge Magistrate Judge Schenkier Courtroom.

My sincere apologies.
and proceed with 08-C-0537 in Judge Manning, Magistrate Judge Denlow Courtroom.

Sincerely
in good Faith,
Develle Spencer.

P.S.

May I have some 1983 Complaint forms X 5, Motions for Counsel X5, in forma pauperis X5. Please include the packet 1983 with Exhaust of Remedies form X 2

Thank You Truly
Develle Spencer