# United States District Court

## Northern District of Illinois

Eastern Division

| | |
|---|---|
| SPENCER | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 537 |
| BURNETTE | |

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the complaint is dismissed pursuant to 28 U.S.C. § 1915A for failure to state a claim. The trust fund officer at plaintiff's current place of incarceration is ordered to make deductions from plaintiff's account and payments to the clerk of court as stated herein. A copy of this order shall be sent to the trust fund officer at Cook County Jail. This dismissal counts as one of plaintiff's three allotted dismissals under 28 U.S.C. § 1915(g).

Michael W. Dobbins, Clerk of Court

Date: 2/27/2008

/s/ J. Smith, Deputy Clerk