# FILED

**MAR 3 1 2008**

Mar 31, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Kinielle Johnson
Deputy Clerk

Develle Spencer
B-45254
Route 53
P.O. Box 112

219 S Dearborn St. Rm 2010          Joliet, Il. 60434

Chicago, Il. 60604          March 26, 2008.

**08 C 537**

Dear Deputy clerk,

I, Develle Spencer, had received a notification of change of Address form. Now include returned & completed. Thank You.

However!, Along with this form I received a Docket entry of 08 C 263 Title Develle Spencer AKA eric Hodges / Phillip Iwens. 2006-0097579 V. Burnette, Assigned Judge, Ruben Castillo. This is a matter in which had already been disposed of by A Blanche M. Manning under the case # 08 C 537. A notification to the clerks office Feb. 27, 2008. (The Docket entry for case # 08 C 263. Feb. 13, 2008. was received by Mr. spencer, offender, March 26, 2008. 6 wks. after. Offender is and only has been forwarded to a different facility on March 17, 2008.

A letter to the clerks office 1-29-08 mailed from Cook county jail. by offendant, spencer of a double filing error. and that offendant wished to procede in forma pauperis file, Case # 08 C 537. Blanche M. Manning. Offendant liability lyes with Case # 08 C 537. and not with filings of any other that's been Notified y offendant to clerks office as an error filing. On or about January 29, 2008. Please forward this and previous Notification to Courts: Case# 08 C 263

Judge Ruben Castillo for matter of Develle Spencer AKA.
Eric Hodges / Phillip Owens v. Burnette, Case # 08C263 as
errored filing.